IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
RUSSELL M. HINESLEY,        )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )       1:20cv725-MHT
                            )            (WO)
ALEN COLE,                  )
                            )
     Defendant.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining of that he was subjected to excessive force by the defendant deputy sheriff. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of June, 2023.

                                              /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**